

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

------------------------------------------------------------X

Board of Trustees, Sheet Metal Workers'
National Pension Fund,

                Plaintiffs,

-v-

Acme Investors, *et al.*,

                Defendants.

------------------------------------------------------------X

Civil Action No.: 1:20-cv-380
(AJT/IDD)

## CONSENT ORDER AND JUDGMENT

Upon agreement of the parties, Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund ("Plaintiff") and Defendants Acme Investors and Jones Service, LLC, ("Defendants"), judgment shall be entered in favor of Plaintiff and against Defendants as set forth herein:

1. Judgment in the total sum of $3,650,174.86 is entered against Defendants Acme Investors and Jones Service, LLC, jointly and severally.

2. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer to other jurisdictions upon the request of the Funds and payment of any required fee.

For Plaintiffs:

/s/ DMB
Diana M. Bardes (Va. Bar No. 81831)
Mooney, Green, Saindon,
    Murphy & Welch, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
dbardes@mooneygreen.com
(202) 783-0010
(202) 783-6088 (fax)
*Counsel for Plaintiffs*

For Defendants:

/s/ Robert P. Floyd, III
Robert P. Floyd, III (Va. Bar No. 42264)
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle
Suite 300
Fairfax, VA 22033
rfloyd@costangy.com
(571) 522-6100
(571) 522-6101 (fax)
*Counsel for Defendants*

June 19, 2020
Date

BY THE COURT

/s/
Anthony J. Trenga
United States District Judge
Alexandria, Virginia